

Attorneys at Law
5 Walter E. Foran Blvd.
Suite 2007
Flemington, NJ 08822
tel. 908.237.4550
fax 908.237.4551

www.mnlawpc.com

Donald S. Maurice
Member DC, NJ & NY Bar
Board Certified
Creditors' Rights Law
American Board of Certification

Joann Needleman
Member PA & NJ Bar

Thomas R. Dominczyk
Member NJ, NY & PA Bar

Rachel Marin
Member NJ & NY Bar

Shannon Patrick Miller
Member PA Bar

Our File: 16411
Direct Dial: 908-237-4545
Email: rmarin@mnlawpc.com

April 19, 2013

VIA ECF and U.S. MAIL

Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Yitzchok Goldstein v. Frederick J. Hanna & Associates, P.C.
             Case No. 13-cv-00776

Dear Judge Gleeson:

The undersigned is counsel of record for the Defendant, Frederick J. Hanna & Associates, P.C. ("Hanna") in the above referenced matter. Your Honor has scheduled a pre-motion conference for April 23, 2013 regarding Hanna's request to file a motion to dismiss Plaintiff's complaint. Plaintiff subsequently filed an amended complaint (Doc. 10) and requested that the pre-motion conference be canceled (Doc. 11). Hanna requests that the pre-motion conference be postponed until such time that Hanna timely files its request for a pre-motion conference regarding a motion to dismiss the Plaintiff's amended complaint.

Thank you for your consideration.

Respectfully submitted,

Maurice & Needleman, P.C.

/s/ *Rachel Marin*

Rachel Marin

RM/

cc: Maxim Maximov, Esq.  (via ECF)
    Yanina Tabachnikova, Esq. (via ECF)

Pennsylvania Office
MAURICE & NEEDLEMAN, P.C.
Suite 935, One Penn Center
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103
tel. 215.665.1133
fax 215.563.8970